IN RE:

EVA VON BAKONYI
STEPHAN VON BAKONYI
    Debtors

FILED
2009 AUG 27 AM 10:32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 06-50925-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #110 in the amount of $2.24 was issued on August 19, 2009 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                       Amt. of Dividend

Claim #8      Verizon Wireless Midwest         $  2.24
              404 Brock Drive
              Bloomington, IL 61701

TOTAL:                                               $  2.24

*Ck # 110*
*receipt # 80864*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

August 19, 2009